JOSEPHINE THOMAS, Appellant, v. FRANK SHEEHAN, JR., Respondent. GEORGE THOMAS, Appellant, v. FRANK SHEEHAN, JR., Respondent.— Action to recover damages for personal injuries suffered by the plaintiff wife while descending steps at the entrance of a tavern conducted by the defendant. Companion action of plaintiff husband for loss of services and medical expenses. Judgments of the County Court, Westchester County, for the defendant unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.